# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No.: 25-23402-LMI

Gerardo Perez Garcia                                      Chapter 13

    Debtor.
_____/

## APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, Laila S. Gonzalez, Esq., was retained by the debtor to serve in this bankruptcy case as attorney for debtors.   A copy of the retainer agreement is attached. Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ 8, 645.00 |
| Total Expenses to be Reimbursed: | $ 00.00 |
| Amount Received To-Date: | $ 2,500.00 |
| **(exclusive of filing fees)** | |
| Amount to be Paid through Plan: | $ 5,500.00 |

1. The amount paid through the plan, if requested, if allowed, will be paid in full after 12 monthly payments under the plan. If the plan is amended or modified in the future Counsel is requesting permission to add the additional $ 645.00 in fees in the future plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B."

LF-69 (rev. 12/01/09)

3. Applicant estimates that an additional  2.5  hours will be required to be expended in providing legal services on behalf of the debtor(s) described below:

 Additional attendance at confirmation hearings and additional communication with both the Debtor and the Chapter 13 trustee regarding confirmation and Lanning CMI I and any documentation corresponding thereto.

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

The Debtor  had to cease working nights and changed his job to two jobs during the CMI period.  Then after the Debtor filed the instant case he became separated from his wife, necessitating the preparation of a Lanning CMI.

5. The source of compensation previously paid to applicant was underlined earnings.

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.  (If such a sharing arrangement exists, it should be disclosed in this paragraph.)


**DATED : January 8, 2026**

                                        /s/Laila S. Gonzalez
                                        LAW OFFICES OF LAILA GONZALEZ.
                                        Attorneys for Debtor(s)
                                        Laila S. Gonzalez, Esq. FBN: 0975291
                                        1390 S. Dixie Hwy., Ste. 1110
                                        Coral Gables, FL 33146
                                        Tel: (305) 826-1774
                                        Fax: (305) 826-1794
                                        Courtdoc@Lago-Law.Com

LF-69 (rev. 12/01/09)

# Best Case Bankruptcy Case Notes
## Perez Garcia, Gerardo

**Draft Application for Compensation**
LG .5                              1/08/26

**Est. OG Motion to Separately Classify**
LG .2                              2/03/26

**Estimated Attendance at Motion to Separately Classify**
LG .3                              2/03/26

**Motion to Separately classify**
LG .3                              1/07/26

**Draft of Letter to Trustee regarding ECF # 30**
LG .3                              1/07/26

**R & R ECF # 30**
LG .2                              1/07/26

**Estimated Atten @ Confirmation Hearing**
LG .2                              2/03/26

**Estimated Atten @ Confirmation Hearing**
LG .2                              1/12/26

**Attendance at Confirmation Hearing**
LG .3                              12/18/25

**Estimated Draft OG Fee App.**
LG .2                              1/07/26

**Estimated Atten. @ App. for Compensation**
LG .4                              2/03/26

**Draft of Application for Compensation**
LG .6                              1/07/26

**Call to GB RE:  Confirmation**
LG .3                              1/07/26

**Review of Calendar for confirmation**
LG .3                              1/07/26

**draft of letter to NN RE:  NOD**
LG .4                              12/18/25

**Attendance at Motion to Waive WDO**
LG .3                              12/01/26

**Motion to Waive WDO**
LG .3                              12/18/25

# Best Case Bankruptcy Case Notes
## Perez Garcia, Gerardo

**Amend Schedule A/B to remove bank account and review of SOFA**
LG .3                              12/18/25

**R & R ECF ECF # 23**
LG .3                              12/18/25

**call from client**
ma.2                              12/18/25
        client called to inform us he is sending missing documents and  ask questions about NDC

**Sent email to client**
Ana                              12/16/25
        Sent email to client to request:
        #1578 Closed letter account
        #6575 Stmt from August-November

**Dtaft of 1AP**
LG .4                              11/17/25

**Revew of Lanning CMI**
LG .8                              11/17/25

**Reviw of Second Job payment advices**
LG .2                              11/17/25

**Review of 60 days stubs for Baptist Job**
LG .2                              11/17/25

**R & R Notice of Incomplete Filings**
LG .2                              11/17/25

**spoke w/clintregarding plan and schedules**
LG .8                              11/12/25

**Uploaded 341 Docs**
Ana                              11/13/25
        341 Q
        2015 cooper, registration, carmax, Insurance, Title
        Affidavit daugther
        Affidavit Mother in law
        DL, SSN, Passport
        LF90
        Taxes 2023,2024
        Chase #1578 #6507 from July 17 to Sept 16, 2025.
        Chase #6507 Sept 17 to Oct 16
        Property mortgage, insurance, zillow
        Retirement plan

**call to client gets paid every 2 weeks.**
LG .2                              11/05/25
        He'll send paycheck stubs tomorrow and Friday.  Student loans are $ 390.00.

**Call to client .1**
José                              11/03/25

# Best Case Bankruptcy Case Notes
## Perez Garcia, Gerardo

I called the client to ask details about the loan payments he mentioned and any other debts regarding his wife. No response. I left a VM instead

**CMI and Lanning CMI**

LG  2.7                    10/31/25

**call to client regarding CMI**

LG 1.7                    10/31/25

**call to client re:  employment**

LG.2                    10/31/25

**Email to client .3**

José                    10/31/25

I sent an email with all of the missing information requests.

**Call to client .1**

José                    10/31/25

I cannot get in contact with this client, when ever I try to call there is a message with the following "Your call could not be completed this time, please hang up and try again" then it ends.

**Call to client .1**

José                    10/30/25

No Response, sent to VM.
Call to obtain information,

**Call to client .1**

Jose                    10/28/25

Call to client to request missing paystub from wife, no response. I left a VM instead

# LAW OFFICES OF LAILA GONZALEZ

### ATTORNEY-CLIENT/DEBTOR(S) CHAPTER-13 RETAINER AGREEMENT

Debtor(s) hereby retain Laila Gonzalez, Attorney's at Law, to represent him/her/them in a Chapter-13 Bankruptcy.

**Compensation**

The compensation paid or promised by the      Law Offices of Laila Gonzalez
Debtor(s), to Laila Gonzalez,is as follows:

1) Prior to the filing of the Bankruptcy, Debtor(s) will pay for legal services rendered, or to be rendered, in contemplation of and in connection
with his/her/their case and must obtain Credit Counseling      $ 2,500

2) After the filing of the Bankruptcy, Debtor(s) will pay, as part of his/her/
their Chapter-13 plan, for legal services rendered, or to be rendered in connection with    up to
his/her/their case for up    6.9
to 10 hours of legal work.
An additionally monthly monitoring fee of $50.00 may be charged,
post-confirmation to     post-
cover all post-petition     petition
legal services.      $ 2,500.00

3) Prior to the filing of the Bankruptcy, Debtor(s) will pay the Court's Filing Fee Via a Money Order or Cashier's Check ONLY made payable to "American Express."      $ 313.00

5) Other Costs: $30 Court Filing    $ 45.00 Credit Report      $ 45.00
Amendment Fee & $40 Creditor Report

           **TOTAL FEE & COSTS**      $ _____

**Note:** Credit Counseling and Debtor Education is to be paid directly by the Debtor(s) to the Credit Counseling Service Agency. The Intrerpreter, if needed, is to be paid directly by the Debtor(s) at Court. Court Costs, Filing Fees and Interpreter fees are subject to change without notice and are beyond our control. All other fees are subject to change after a year.

I hereby authorize the Law Offices of Laila Gonzalez to use Accurint to obtain my Comprehensive Credit
Report and Accurint

Initials _____            Initials

## Services

The Services rendered or to be rendered Include      up to 6.9 hours of legal work
the following (up to 10 hrs. of legal work):

1) Verification of Debtor(s) identity, social security number and eligibility for Chapter 13;
2) Timely preparation and filing of petition, schedules, statement of financial affairs, Chapter 13 plan, all amendments and all required documents pursuant to the Bankruptcy Code, and Bankruptcy and Local Rules;
3) Service of Copies of all filed plans to all creditors and interested parties;
4) Explanation to debtor(s) regarding all debtor(s) responsibilities, including, but not limited to payments and attendance at §341 Meeting of Creditors;
   payments and attendance at the §341 Meeting of Creditors;
5) Preparation for and attendance at the first scheduled  §341 Meeting of Creditors;
6) Preparation of and attendance at all necessary pre-confirmation motions brought on behalf of Debtor(s);
7) Timely review of all proofs of claim in accordance with Local Rule 2083-1(B);
8) Timely objection to all improper or invalid proofs of claim in accordance with Local Rule 2083-1(B) ;
9) Preparation for and attendance at all confirmation hearings;
10) Attendance at and defense of all motions against debtors until discharge, conversion, or dismissal of the case;
11) Preparation, filing, and service of notices of conversions or voluntary dismissals;

This retainer **DOES NOT** cover the       the Law Offices of Laila Gonzalez:
services of Laila Gonzalez, in handling:

1) Litigation respecting exemptions, discharge, or dischargeability of particular debts;
2) Attendance at 2004 Examination (Depositions);
3) 522(f) Motions (Removal of Judgement Liens);
4) Audits or any other non-routine matter.

If additional hearings or additional legal work is necessary, I/We agree, subject to Court approval, to pay an additional
fee of five hundred and twenty five ($650.00) dollars per hour and three hundred and twenty five ($325.00) per hour, if the associate performs the additional services. I/We understand that my/our attorney's will utilize secretaries/paralegals to assist in the work required for my case and that Laila Gonzalez will charge a reduced hourly rate of one hundred twenty five ($125.00) for said services.

## Additional Court Costs and Compensation

Additional Court Costs will be charged under the following circumstances (via money order made payable to "American Express"):

1) Amendments adding creditors; or
2) Any other Court required fee.

Additional Compensation (Attorney's Fees) will be charged for any additional service not outlined above, including
but not limited to:

1) Modification of Chapter-13 Payment Plan;
2) Motions to Vacate Dismissal, (If case is Dismissed due to Debtor(s) failure to timely comply with document request, request for signature on Amendments, or timely make payments in accordance with the current Chapter-13 plan);
3) Motions to Sell, Motions to Refinance, or Motions to Purchase Real or Personal Property;
4) Any legal work exceeding 10 hours; and/or     6.98 hours
5) Conversion of Case to a Chapter 7.

In the event the case is Dismissed prior to Confirmation, Debtor(s) agree that the funds being held by the Trustee
can and will be used to pay any outstanding attorney fees pursuant to this Retainer Agreement, without the necessity
of court approval or hearing.

By signing this retainer agreement Debtor(s) authorize, Freire & Gonzalez, P.A., to sign any Payment Plans, Amended
or Modified Payment Plans. Payment Plans may need to be amended or modified for reasons including but not
limited to Proof of Claims, Amendments to Proof of Claims or the client falling behind in the Payment Plan.

**Miscellaneous Fees**

1) Debtor(s) will be charged $50.00 for any check returned for insufficient funds, closed accounts or uncollected funds.
2) Any facsimile received when has more than ten (10) pages will be charged an additional $1.00 per page.
3) Debtor(s) will be charged $0.15 per page for any copies or pages that need to be printed by our office.
   additional $1.00 per page.

**Sale Date**

If you are filing to stop the sale of real estate, I/We agree and understand that all necessary documents and papers must be provided to Freire & Gonzalez, P.A., two (2) weeks prior to the scheduled sale of the real estate in order to ensure that the sale is cancelled. I/We agree and understand that filing a case three (3) days or less prior to the sale of the real estate does not guarantee that the sale will be cancelled.

In the event that the case is not filed with the bankruptcy court within one (1) year after the case was opened
with
our office, the attorneys fees are subject to change.

_Leonard G. Flores_                    9/20/2025

Although, Laila Gonzalez does not anticipate having other attorneys cover hearings, Representation may include attorney, Holly A. McFall attendance at the First Meeting of Creditors should a scheduling conflict arise such that I or another member of this law office would be unable to attend the 341 Meeting of Creditors which has been set and scheduled by the Court. I/We, *BENJAMJO* authorize an appearance attorney to represent me in the instant bankruptcy. *PAUL BARAN*

**YOUR FILE WILL BE DISCARDED 6 MONTHS AFTER THE CASE IS DISMISSED OR DISCHARGED.**

**CLIENT(S) AFFIRM THAT ATTORNEY HAS INFORMED HIM/HER/THEM THAT ANY MONEY PAID TO FREIRE & GONZALEZ, P.A., AS PART OF THIS RETAINER AGREEMENT IS NOT REFUNDABLE.**

1) Your signature on this contract shall be authorization for attorneys to file a bankruptcy petition for Client via the Bankruptcy Court's Electronic Case Filing System and all other subsequent court filings through the Bankruptcy Court's Electronic Case Filing System. Client agrees that attorneys can provide copies of documents regarding Your bankruptcy case to You by either the United States mail or electronic mail as You request below. You agree and understand that the request to change the designation for preferred method of sending you documents must be submitted in writing.

2) In the event that your Chapter 13 case is dismissed or converted to another chapter, you grant us a limited power of attorney to apply funds on hand with the Chapter 13 Trustee that would otherwise be forwarded to you or others towards the balance on the Chapter 13 fee, if any, and/or the Chapter 7 fee, if applicable, by granting us the right to endorse your name(s) upon checks from the trustee. We shall give you an accounting of all funds so applied.

3) I agree and understand that it is my responsibility to provide attorneys with a correct and current United States mail address as well as current phone numbers for us at all times during the bankruptcy case.

9/20/2025
Date

_____
Client/Debtor's Signature

_____
Date

_____
Client/Co-Debtor's Signature